John Hone, as Executor, etc., Respondent, *v.* John Watts De Peyster, Individually and as Executor, etc., Appellant.

(Argued October 15, 1886; decided October 29, 1886.)

*James C. Carter* for appellant.

*John E. Ward* and *G. H. Crawford* for respondent.

Agree to reverse judgment of General Term, and to affirm that entered on report of referee on report of Hornblower, referee, adopted by Davis, J., in dissenting opinion in court below.
All concur.
Judgment accordingly.

---

Henry A. Weeks, Individually and as Administrator, etc., Respondent, *v.* Charles H. Ostrander, as Executor, etc., et al., Appellants.

(Argued October 18, 1886; decided October 29, 1886.)

*Flamen B. Candler* for appellants.

*Frederick H. Man* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.